Provided to Suwannee Correctional Institution on:
JAN 03 2024
for mailing, by: RP

3:24-cv-32-TJC-JBT

## "Emergency Investigating Complaint"

I am having a mental Health breakdown. I am a mental Health inmate housed at Suwannee Corr. Inst. that houses close management and mental Health.

I am requesting for your offices to start a emergency investigation on my complaint.

1) I have a number of complaints explaining how I have been denied the proper mental Health treatment and medical treatment.

2) I am explaining to your offices how Suwannee Corr. Inst. trying to bring great bodily harm to me, by placing empty food trays in my flap when it's time for my meals. They trying to beat on me inside the mental Health rooms, when I go Psyche into S.H.O.S. cells, medical exam rooms or coming back from the hospital, or telling the medical doctors and medical staff to refuse me outside or EMS medical treatment.

3) I need you to speak with the head person in-charge in the medical and mental Health Dept. to properly protect mental Health inmate Ponce De Leon by placing him on S.H.O.S or in long-term mental Health treatment program C.S.U./T.C.U.

Sworn Statement by mental Health inmate Ponce De Leon on this date __2nd__ of month __January__ and year __2024__ to your offices

I inmate Reggie Ponce De Leon was discharged from T.C.U. on Dec 8, 2023, and taken to CM2 by the Suwannee Corr. Inst. mental Health T.C.U./ C.S.U. M.D.S.T. team in H-Dorm. I explained to them I am having a mental Health breakdown. I am not ready to be discharged back to close management to be housed with another inmate 24/7 lockdown because of my mental Health issues I am having. I am hearing voices, seeing things and self-harm thoughts.

I was discharged on Dec 8, 2023 from T.C.U. back to CM, since then I have been bleeding out in my cell, into the sink, ETC, and cutting on myself and not properly eating my meals due to the mental health issues and dealing with my mental health stress.

Now I am letting your offices know this, I am failed to be given proper mental health treatment because of my complaints. These officers are abusing me and falsifying documents and medical doctor reports to not let me receive the proper mental health treatment and medical treatment.

Now in this Close management cell they got me housed in I am cutting on myself "Bleeding out." The Suwannee Corr. Inst. refuse to address this issue or protect me from S.H.O.S, I cut my penis and placed object into my penis and have not seen no medical yet for this matter. I am hearing voices telling me to kill my cellmate, I am going to kill him or me, I need long-term mental health treatment into a T.C.U. or C.S.U. I am going to kill myself. I need a investigation done into this matter and your office to speak with someone in charge in Tallahassee Florida Dept. of Corrections over inmates for mental health. So I can get long-term mental health treatment.

I need to be taken out of this close management cell and placed into a S.H.O.S. cell in medical to protect me.

Thank you
Reggie Ponce de Leon
#B07901
Suwannee Corr. Inst.